**STATE of Missouri, Respondent,**

v.

**Danny Lee JONES, Appellant.**

**No. WD 38190.**

Missouri Court of Appeals,
Western District.

April 21, 1987.

David H. Miller, Richmond, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Deborah L. Ground, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and MANFORD and KENNEDY, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for forcible rape, in violation of § 566.030, RSMo 1986.

Judgment affirmed. Rule 30.25(b).